IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
DEC 11 2019
By: JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES OF AMERICA

v.

MARLON DOBBINS

Criminal Action No.

1:19-MJ-1069

## Government's Motion for Detention

The United States of America, by Byung J. Pak, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, moves the Court, pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), to detain the defendant in the custody of the U.S. Marshal pending a final revocation hearing on violations related to the defendant's supervised release. The Court should detain the defendant unless the defendant establishes by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or to the community.

Dated: December 11, 2019.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

Samir Kaushal
Assistant United States Attorney
Ga. Bar. No. 935285

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel:

Vionnette Johnson

December 11, 2019

SAMIR KAUSHAL

*Assistant United States Attorney*